ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTH EASTERN DIVISION

**IBEW No. 292 Health Care Plan, Electrical Workers Local No. 292 Pension Fund, Electrical Workers Local No. 292 Annuity & 401 (k) Fund, Electrical Workers Local No. 292 Vacation & Holiday Fund, Minneapolis Electrical Industry Board/JATC/LMCC,**

Plaintiffs,

vs.

**Five Star Electric, Inc.**

Defendant.

Civil No. 01-1619 RHK/JMM

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R. Civ.P. 41(a)(1), Plaintiff herein dismisses the above-entitled matter with prejudice.

Date: November 21 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

75381

# ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: ________________________

______________________________
Richard H. Kyle
Judge of District Court